# ALABAMA COURT OF CRIMINAL APPEALS



May 31, 2024

**CR-2023-0339**
Desman Webster v. State of Alabama (Appeal from Montgomery Circuit Court: CC-18-1741)

## NOTICE

You are hereby notified that on May 31, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk